**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **WESTERNBANK, PUERTO RICO**<br>    Plaintiff,<br><br>    v.<br><br>**JACK KACHKAR, et al.,**<br>    Defendants. | **Civil No. 07-1606 (ADC)** |

### ORDER

Having examined the record and the Magistrate-Judge's Report and Recommendation, the same is hereby **ADOPTED** and consequently, plaintiff's motion to dismiss at **Docket No. 427** is **GRANTED**. Opinion and Order will follow.

**SO ORDERED.**

At San Juan, Puerto Rico, this 31st day of March, 2010.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**